USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

           - against -

Modesto Arias-Soto,
                Defendant.
-----------------------------------------------------------x

19 Cr 553 (RMB)

**ORDER**

The conference in this matter is rescheduled from 9:30 am December 19, 2019 to 11:30 am on December 18, 2019.

Dated: New York, New York
       November 25, 2019

_____
**RICHARD M. BERMAN**
**U.S.D.J.**