USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-19

# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

> Conference adjourned to February 5, 2020, at 12:30 PM. Time is excluded pursuant to the Speedy Trial Act for the reason set forth in this letter.
>
> SO ORDERED:
> Date: 12-17-19
> Richard M. Berman, U.S.D.J.

December 17, 2019

The Honorable Richard M. Berman
United States District Judge
United states District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   USA v. Modesto Arias-Soto
      19 Cr. 553 (RMB)

Dear Judge Berman,

Our office represents Mr. Modesto Arias-Soto in the above captioned matter.

We respectfully request a continuance of the scheduled Status Conference for this case. This is presently scheduled for a Status Conference on December 18, 2019 at 11:30AM.

We are presently in advanced negotiations with the Government and believe an adjournment to early 2020 will enhance the likelihood of a disposition that will avoid hearings and/or trial. We agree for time to be excluded.

The Government, by way of A.U.S.A. Matthew Hellman, consent to this request for adjournment.

Thank you for your consideration to this matter.

Respectfully submitted,

/S/
Telesforo Del Valle, Jr., Esq.
Attorney for Modesto Arias-Soto,
Defendant.

Cc:   A.U.S.A. Matthew Hellman, Esq.