# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
   of counsel

Fax. (212)481-4853

Leticia Silva
Legal Assistant

February 4, 2020

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

Re:   USA v. Modesto Arias-Soto
      19 Cr. 553 (RMB)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 2/4/2020
>
> Conference is adjourned to 3-3-2020 at 12:30 pm. Guilty plea, if any, is referred to magistrate judge. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 2/4/2020    /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

Dear Judge Berman,

Our office represents Mr. Modesto Arias-Soto in the above captioned matter.

We respectfully request a continuance of the scheduled Status Conference for this case until the first week of March. This is presently scheduled for a Status Conference on February 5, 2020 at 12:30PM.

The Government has extended a plea agreement on February 3, 2020. We expect to have a disposition between now and any adjourn date. We consent to have speedy trial excluded between now and any adjourn date.

The Government, by way of A.U.S.A. Matthew Hellman, consent to this request for adjournment.

Thank you for your consideration to this matter.

Respectfully submitted,

/S/
Telesforo Del Valle, Jr., Esq.
Attorney for Modesto Arias-Soto,
Defendant.

Cc:   A.U.S.A. Matthew Hellman, Esq.