```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                            **ORDER**

-against-

                                            19 **CR.** 553 (RMB)

MODESTO ARIAS-SOTO,
                Defendant.
------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on February 13, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that Modesto Arias-Soto's guilty plea is accepted;

IT IS HEREBY FURTHER ORDERED that the parties shall appear for a conference on March 10, 2020 at 11:30 am.

Dated: New York, New York
           February 27, 2020

                                                    *RMB*
                                        **RICHARD M. BERMAN, U.S.D.J.**