# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

**MEMO ENDORSED**

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
   of counsel

Leticia Silva
Legal Assistant

March 2, 2020

The Honorable Richard M. Berman
United States District Judge
United states District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2020
```

Re:   USA v. Modesto Arias-Soto
       19 Cr. 553 (RMB)

Dear Judge Berman,

    Our office represents Mr. Modesto Arias-Soto in the above captioned matter.

    This is presently scheduled for a Status Conference on March 10, 2020 at 11:30PM.

    We respectfully request a continuance of the scheduled Status Conference for this case

    The Government, by way of A.U.S.A. Matthew Hellman, consent to this request for adjournment.

    Thank you for your consideration to this matter.

Conference is adjourned to 3-19-2020 at 10:00am.

Cc: A.U.S.A. Matthew Hellman, Esq.

SO ORDERED:
Date: 3/3/2020     Richard M. Berman
Richard M. Berman, U.S.D.J.

Respectfully submitted,
/S/
Telesforo Del Valle, Jr., Esq.
Attorney for Modesto Arias-Soto,
Defendant.