# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

July 7, 2020

The Honorable Richard M. Berman
United States District Judge
United states District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

Re:   USA v. Modesto Arias-Soto
      19 Cr. 553 (RMB)

Dear Judge Berman,

Our office represents Mr. Modesto Arias-Soto in the above captioned matter.

We respectfully request a continuance of the scheduled Sentencing hearing for this case until the mid-September. This Sentencing hearing is currently scheduled for July 21, 2020 at 11:00AM.

The Government, by way of A.U.S.A. Matthew Hellman, consents to this request for adjournment and agrees that under the CARES Act, further delay would not cause serious harm to the interests of justice.

Thank you for your consideration to this matter.

Sentence is adjourned to 9/15/2020 at 12:00 noon. Defense sentencing submission is due 9/1/2020. Government response is due 9/8/2020.

Sincerely,

Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Modesto Arias Soto

SO ORDERED:
Date: 7/7/2020

Richard M. Berman, U.S.D.J.