# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Leticia Silva
Legal Assistant

September 4, 2020

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
-*VIA ECF*-

          Re:    <u>United States v. Modesto Arias-Soto</u>
                 19 Cr. 553 (RMB)

Dear Judge Berman:

Our office represents Mr. Modesto Arias-Soto in the above-captioned matter, which has a Sentencing Hearing scheduled for September 15, 2020 at 12:00PM.

We respectfully request a 60-Day adjournment of the Sentencing Hearing. Counsel for the defendant and the government are currently resolving issues that affect the Sentencing of Mr. Arias-Soto. The government by way of A.U.S.A. Matthew Hellman consents to this request.

Thank you for your consideration.

Sincerely,

Respectfully submitted,

*S/Telesforo Del Valle Jr.*
Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Modesto Arias-Soto

---

Application granted. Sentencing adjourned to November 18, 2020 at 10:00 AM.

SO ORDERED:
Date: 9/8/2020

*Richard M. Berman*
Richard M. Berman, U.S.D.J.