# *Del Valle & Associates*

Attorneys at Law

445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.                                                        Email: tdvesq@aol.com

Michael J. Sluka                                                                Fax. (212)481-4853
Lawrence D. Minasian
——                                                                                ——

Lucas E. Andino                                                              Leticia Silva
William Cerbone                                                             Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

November 11, 2020

The Honorable Richard M. Berman
United States District Judge
United states District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-                                    Re:    <u>USA v. Modesto Arias-Soto</u>
                                                            19 Cr. 553 (RMB)

Dear Judge Berman,

Our office represents Mr. Modesto Arias-Soto in the above captioned matter, which has a Sentencing Hearing scheduled for November 18, 2020 at 10:00AM.

We respectfully request a 90-Days continuance of the scheduled Sentencing Hearing. The Government and Defense are resolving issues pertaining to Mr. Arias-Soto's Sentencing.

The Government, by way of A.U.S.A. Matthew Hellman, consents to this request for adjournment.

Thank you for your consideration to this matter.

Application granted. Sentencing
adjourned to January 21, 2021 at 11:00
AM.

SO ORDERED:
Date: 11/12/2020

Richard M. Berman, U.S.D.J.

Sincerely,

*S/Telesforo Del Valle Jr.*
Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Modesto Arias Soto