**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      19 CR. 553 (RMB)

   -against-

                                                      **ORDER**

MODESTO ARIAS-SOTO,
                Defendant.
------------------------------------------------------------X

       The Court will hold a status conference on Tuesday, December 13, 2022 at 11:00 A.M.

       The proceeding will take place in Courtroom 17B.


Dated: December 7. 2022
       New York, NY

                                          _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.