**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                       19 CR. 553 (RMB)

   -against-

                                                      **ORDER**

MODESTO ARIAS-SOTO,
               Defendant.
------------------------------------------------------------X

      The Court will hold a curcio hearing on Wednesday, December 21, 2022 at 2:00 P.M.

      The proceeding will take place in Courtroom 17B.

Dated: December 14. 2022
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                     U.S.D.J.