**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              19 CR. 553 (RMB)

   -against-

              **AMENDED ORDER**

MODESTO ARIAS-SOTO,
              Defendant.
------------------------------------------------------------X

      The curcio hearing scheduled for Wednesday, December 21, 2022 at 2:00 P.M. is hereby rescheduled to 2:30 P.M. on the same date.

      The proceeding will take place in Courtroom 17B.

Dated: December 15. 2022
       New York, NY

                              _____
                                RICHARD M. BERMAN
                                    U.S.D.J.