# *TELESFORO DEL VALLE, JR.*
## ATTORNEY AT LAW

445 Park Avenue
New York, New York 10022
**tdvesq@aol.com**

(212) 481-4853                                                                 Fax (212) 481-4853

January 25, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/23
```

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

                Re: USA v. Modesto Arias-Soto
                    19 Cr. 553 (RMB)

Dear Judge Berman:

    I represent Mr. Modesto Arias Soto in the above matter. We respectfully request that Mr. Modesto Arias Soto's conditions of release be amended to allow Mr. Arias Soto to also travel to the states of New Jersey and Pennsylvania.

    U.S. Pre Trial services, by way of Mr. Marlon Ovalles, and the Government, by way of A.U.S.A. Matthew Hellman have both consented and approved of this request.

    Thank you for your attention to this matter.

Very truly yours,

*Telesforo Del Valle Jr.*
Telesforo Del Valle, Jr.
Attorney for Modesto Arias Soto

**Application granted on consent.**

Cc: A.U.S.A. Matthew Hellman, Esq.
     U.S. Pre Trial Officer Marlon Ovalles

SO ORDERED:
Date: 1/25/23     *Richard M. Berman*
                             Richard M. Berman, U.S.D.J.