**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                 Government,   :   19 CR. 553 (RMB)
                                                   :
      - against -                                 :   **ORDER**
                                                   :
MODESTO ARIAS-SOTO,                                :
                                                   :
                 Defendant.    :
-------------------------------------------------------------x

        The sentencing scheduled for Tuesday, May 2, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: April 26, 2023
       New York, NY

                                                  RICHARD M. BERMAN
                                                            U.S.D.J.