**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 19 CR. 553 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| MODESTO ARIAS SOTO, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The status conference scheduled for Wednesday, May 8, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: May 1, 2024
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.