**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                Government,    :    19 CR. 553 (RMB)

      - against -         :    **ORDER**

MODESTO ARIAS SOTO,        :

                Defendant.    :
------------------------------------------------------------x

The sentencing scheduled for Tuesday, October 1, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: September 25, 2024
       New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                      U.S.D.J.