**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                     Government,   :   19 CR. 553 (RMB)
                                                   :
    - against -                                  :   **ORDER**
                                                   :
                                                   :
MODESTO ARIAS SOTO,                                :
                                                   :
                     Defendant.    :
---------------------------------------------------------------x

       The supervised release hearing scheduled for Tuesday, November 12, 2024 at 12:00 P.M. will take place in Courtroom 17B.

Dated: November 6, 2024
       New York, NY

                                              RICHARD M. BERMAN
                                              U.S.D.J.