

# Andres M. Aranda Esq.
## Attorney at Law - Abogado

Hon Richard M. Berman, USDJ

U S Courthouse SDNY

500 Pearl Street             November 26, 2024

New York, NY 10007

Re: Modesto Soto Arias

    1:19-cr-00553-RMB

Dear Judge:

Greetings.

Mr. Modesto Soto Arias was sentenced by Your Honor to time served.

H e is currently on supervised release.

Mr. Soto Arias is seeking the Court's permission to travel to Puerto Rico this weekend.

He plans on leaving this Friday, November 29 and returning on Sunday, December 8, 2024.

I have called the probation officer several times and left him a message about Mr. Soto Arias' travel plans. He has not responded and I suspect he is on vacation.

I thank Your Honor in advance for the Court's time and consideration.

Kind regards,

Andres M. Aranda

---

Application respectfully denied.

SO ORDERED:
Date: 11-27-2024

Richard M. Berman, U.S.D.J.

---

930 Grand Concourse, Suite 1A       718- 541-9244
Bronx, New York 10451      amarandawill.c.u@gmail.com