**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,               19 CR. 553 (RMB)

   - against -               **ORDER**

MODESTO ARIAS SOTO,

                Defendant.
------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, December 18, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: December 11, 2024
      New York, NY

                                              RICHARD M. BERMAN
                                                    U.S.D.J.