UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,        :        19 CR. 553 (RMB)
                                           :
    - against -                             :        **ORDER**
                                           :
                                           :
MODESTO ARIAS SOTO,                        :
                                           :
                Defendant.         :
------------------------------------------------------------x

        The supervised release hearing scheduled for Tuesday, January 14, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: January 8, 2025
       New York, NY

                                                                         RICHARD M. BERMAN
                                                                 U.S.D.J.