**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                    Government,  :  19 CR. 553 (RMB)

  - against -  :  **ORDER**

MODESTO ARIAS SOTO,  :

                    Defendant.  :
------------------------------------------------------------x

        The supervised release hearing scheduled for Tuesday, May 13, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: May 7, 2025
       New York, NY

                                  _____
                                      RICHARD M. BERMAN
                                          U.S.D.J.